UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WAYNE RICHARD EVANGELISTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 1:23-CV-307-HAB-SLC |
| v. | ) |
| | ) |
| UNITED STATES MARSHALS HEADQUARTERS, | ) |
| | ) |
| Defendants. | ) |

**OPINION AND ORDER**

Pro se Plaintiff, Wayne Richard Evangelista, initiated this action against the United States Marshals Headquarters asserting that the Marshals Service unlawfully detained him and denied him medical care while he was in their custody. (ECF No. 1). He also filed a Motion to Proceed In Forma Pauperis (IFP) pursuant to 28 U.S.C. § 1915(a). (ECF No. 2).

On July 26, 2023, the Court took the request to proceed IFP under advisement and ordered Plaintiff to return a properly completed Civil Complaint Form provided to him by the Clerk before August 26, 2023. (ECF No. 3). Plaintiff was warned that his failure to return the Complaint Form to the Clerk as directed will result in DISMISSAL of his case without further notice. Plaintiff has not complied with this Court's order. This case is DISMISSED.

SO ORDERED on September 6, 2023.

    s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT